IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROLYAT TAYLOR JOHNSON,                    No. C 13-3014 NC (PR)

           Plaintiff,                    **ORDER OF TRANSFER**

    v.

CALIFORNIA INSTITUTE OF MEN, DR.
N. RIAZ, and R.N. M. JUREIDINI,

           Defendants.

_____/

    Plaintiff Rolyat Taylor Johnson, a state prisoner currently incarcerated at Avenal State Prison, has filed a civil rights action under 42 U.S.C. § 1983 complaining of his treatment by staff at the California Institute for Men (CIM), where Plaintiff formerly was incarcerated. Specifically, he alleges that his medical condition was untreated by CIM medical staff.

    The acts complained of in his complaint occurred at CIM, which is located in San Bernardino County in the Central District of California. Venue, therefore, properly lies in the Central District and not in this one. See 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The Clerk of the Court shall transfer the case forthwith.

    IT IS SO ORDERED.

DATED:  July 30, 2013

                                NATHANAEL M. COUSINS
                                United States Magistrate Judge

**United States District Court**
For the Northern District of California

G:\PRO-SE\NC\2013 CR\Johnson 13-3014 CR transfer.wpd